```
SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>    vs.<br><br>Matilda M. Greuel; Praxair,<br>Inc., Individually and d/b/a<br>Praxair; and DOES 1 through 10,<br>inclusive,<br><br>    Defendants | Case No. **2:06-cv-01752-FCD-DAD**<br><br>STIPULATION AND ORDER RE:<br>REQUEST FOR EXTENTION OF TIME<br>UNTIL OCTOBER 23, 2006 FOR<br>**DEFENDANT PRAXAIR**, INC. TO<br>RESPOND TO COMPLAINT |

    Pursuant to Local Rule 6-142, Plaintiff Scott N. Johnson and Defendant Praxair, Inc., by and through their designated Counsel (Scott N. Johnson; Richard R. Gray) stipulate as follows:

        1. One extension of time has been previously
            obtained until September 29, 2006.

STIPULATION AND ORDER REQUEST FOR EXTENTION OF TIME - 1

2. Defendant Praxair, Inc. is granted another extension until October 23, 2006 to answer or otherwise plead reference to Plaintiff's complaint.

3. Defendant Praxair, Inc. answer will be due no later than October 23, 2006.

IT IS SO STIPULATED effective as of October 2, 2006

Dated:   October 2, 2006                    /s/Richard R. Gray _____

                                            Richard R. Gray,

                                            Littler Mendelson

                                            Attorney for Defendant

                                            Praxair, Inc.


Dated:   October 2, 2006                    /s/Scott N. Johnson _____

                                            Scott N. Johnson,

                                            Plaintiff, In Pro Per

IT IS SO ORDERED.

Dated October 4, 2006

                                            /s/ Frank C. Damrell Jr.

                                            United States District Judge